CANDICE CLIPNER (SBN# 215379)
Attorney at Law
740 4th Street, 2nd Floor
Santa Rosa, CA 95404
Telephone: (707) 569-0324
Facsimile : (707) 569-0327
clipnerlaw@comcast.net

KERRY S. SCHAFFER
Law Offices of Kerry S. Schaffer (SBN#84706)
740 4th Street, Suite #113
Santa Rosa, CA 95404
Telephone: (707) 575-4075
Facsimile : (707) 575-8075
kerryschaffer@att.net

Attorneys for Plaintiff,
JAMES CROUCH

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JAMES CROUCH<br><br>vs.<br><br>LAIDLAW TRANSIT SERVICES, INC. and DOES 1 through 30, inclusive,<br><br>Defendants. | Case No. C-07-1957 TEH<br><br>**REQUEST TO RESCHEDULE JULY 16, 2007, INITIAL CASE MANAGEMENT CONFERENCE & [PROPOSED] ORDER** |

## I. REQUEST

1. Counsel for Plaintiff, James Crouch, requests to reschedule the Initial Case Management Conference, which is scheduled for July 16, 2007, because counsel for Plaintiff have a Mandatory Settlement Conference at 3:00 p.m. in Fairfield on July 16, 2007, before the Honorable R. Michael Smith in Solano County Superior Court.

---

2. Plaintiff requests that the Initial Case Management Conference be rescheduled from July 16, 2007, to either July 23 or July 30, 2007.

3. Counsel for Plaintiff are not available on any Mondays in the month of August due to a trial scheduled to commence on August 10, 2007 in Solano County Superior Court. The estimated length of trial is three weeks in this matter.

3. Angela Duerden, counsel for Defendant Laidlaw Transit Services, Inc., does not object to rescheduling the Initial Case Management Conference to July 23, 2007.

Dated: June 28, 2007

By: _____
CANDICE CLIPNER
Attorney for Plaintiff
JAMES CROUCH

## II. ORDER

Based on the foregoing, and for good cause shown, it is hereby ordered that the Initial Case Management Conference scheduled for July 16, 2007 is rescheduled to _____July 23_____, 2007, at the same time and location as stated in the Order Setting Initial Case Management Conference & ADR Deadlines.

IT IS SO ORDERED

DATED: 06/29/07   _____
HON. THELTON E. HENDERSON

Judge Thelton E. Henderson