1  Robert D. Vogel (SBN 063091)
   Angela M. Duerden (SBN 211443)
2  JACKSON LEWIS LLP
   725 S. Figueroa Street, Suite 2500
3  Los Angeles, California 90017-5408
   (213) 689-0404 - Office
4  (213) 689-0430 – Fax
   Vogelr@jacksonlewis.com
5  DuerdenA@jacksonlewis.com

6  Attorneys for Defendant
   LAIDLAW TRANSIT SERVICES, INC.
7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10

11 JAMES CROUCH,                    )  Case No.: C 07-01957 TEH/BZ
                                    )
12        Plaintiff,                )  [Judge: Hon. Thelton E. Henderson]
      vs.                           )
13                                  )  **DEFENDANT'S APPLICATION TO APPEAR
   DEFENDANT TRANSIT SERVICES, INC., and ) **TELEPHONICALLY AT INITIAL CASE
14 DOES 1 through 30, inclusive,    )  **MANAGEMENT CONFERENCE AND
                                    )  [PROPOSED] **ORDER THEREON**
15        Defendants.               )
                                    )  Date:  July 23, 2007
16                                  )  Time:  1:30 p.m.
                                    )  Dept.: 12
17                                  )
                                    )
18

19     An Initial Case Management Conference is scheduled in this matter for July 23, 2007 at 1:30

20 p.m., before the Honorable Judge Thelton E. Henderson. Defendant LAIDLAW TRANSIT SERVICES,

21 INC. ("Defendant") submits this application to appear telephonically at the hearing due to the expense

22 and time involved in traveling from Los Angeles to San Francisco to appear in person.

23     Defendant gave notice to Plaintiff's counsel, Candice Clipner, on July 16, 2007 of its intent to

24 submit this application. Plaintiff's counsel stated she had no objection to this request.

25 / / /

26

27

28 | USDC Case No. C 07-01957 TEH/BZ | 1 | APPLICATION TO APPEAR TELEPHONICALLY AT INITIAL CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER THEREON |

1  Thus, Defendant respectfully requests that the Court grant this application to appear
2  telephonically at the July 23, 2007 Initial Case Management Conference.

Respectfully submitted,

DATED: July 16, 2007                JACKSON LEWIS LLP

By: _____
Robert D. Vogel
Angela M. Duerden

Attorneys for Defendant
LAIDLAW TRANSIT SERVICES, INC.

## ORDER

Defendant's Application to Appear Telephonically at the Initial Case Management Conference on July 23, 2007 at 1:30 p.m. is hereby GRANTED.

Dated: ___7/18___, 2007            _____
                                    THELTON E. HENDERSON
                                    UNITED STATES DISTRICT JUDGE

*(Seal of the United States District Court, Northern District of California — Judge Thelton E. Henderson)*

| USDC Case No. C 07-01957 TEH/BZ | 2 | APPLICATION TO APPEAR TELEPHONICALLY AT INITIAL CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER THEREON |