

1  CANDICE CLIPNER (SBN# 215379)
   Attorney at Law
2  740 4th Street, 2nd Floor
   Santa Rosa, CA 95404
3  Telephone: (707) 569-0324
   Facsimile : (707) 569-0327
4  clipnerlaw@comcast.net

5  KERRY S. SCHAFFER
   Law Offices of Kerry S. Schaffer (SBN#84706)
6  740 4th Street, Suite #113
   Santa Rosa, CA 95404
7  Telephone: (707) 575-4075
   Facsimile : (707) 575-8075
8  kerryschaffer@att.net

9  Attorneys for Plaintiff,
   JAMES CROUCH
10

11

12                    UNITED STATES DISTRICT COURT

13                  NORTHERN DISTRICT OF CALIFORNIA

14                      SAN FRANCISCO DIVISION

15

16  JAMES CROUCH                      )  Case No. C-07-1957 TEH
                                      )
17                                    )  **REQUEST TO RESCHEDULE**
                                      )  **SEPTEMBER 18, 2007**
18      vs.                           )  **SETTLEMENT CONFERENCE &**
                                      )  **[PROPOSED] ORDER**
19                                    )
    LAIDLAW TRANSIT SERVICES, INC. )
20  and DOES 1 through 30, inclusive, )
                                      )
21                                    )
              Defendants.             )
22  _____ )

23                          **I.  REQUEST**

24      1.      Counsel for the parties request to reschedule the Settlement  Conference

25  from September 18, 2007 to November 20, 2007 or soon thereafter.  The parties will be

26  engaging in discovery in September and October and therefore will not be ready to

27  participate in a meaningful settlement conference until mid-November 2007 at the

28  earliest.

                                      1
REQUEST TO RESCHEDULE SEPTEMBER 18, 2007 SETTLEMENT CONFERENCE &
[PROPOSED] ORDER-Case No. C-07-1957 TEH

2.      The parties therefore request that the settlement conference currently scheduled for September 18, 2007, be rescheduled to November 20, 2007 or soon thereafter.

3.      Angela Duerden, counsel for Defendant Laidlaw Transit Services, Inc., does not object to rescheduling the settlement conference out approximately 60 days.

Dated: August 25, 2007                     By:_____
                                              CANDICE CLIPNER
                                              Attorney for Plaintiff
                                              JAMES CROUCH

## II.  ORDER

Based on the foregoing, and for good cause shown, it is hereby ordered that the Settlement Conference scheduled for September 18, 2007 is rescheduled to ___December 7_____ ___, 2007, at the same time and location as stated in the Order Scheduling Settlement Conference, filed on July 27, 2007.

IT IS SO ORDERED

DATED: _August 27, 2007_____          _____
                                       BERNARD ZIMMERMAN
                                       United States Magistrate Judge

REQUEST TO RESCHEDULE SEPTEMBER 18, 2007 SETTLEMENT CONFERENCE &
[PROPOSED] ORDER-Case No. C-07-1957 TEH