Robert D. Vogel (SBN 063091)
Angela M. Duerden (SBN 211443)
JACKSON LEWIS LLP
725 S. Figueroa Street, Suite 2500
Los Angeles, California  90017-5408
(213) 689-0404 - Office
(213) 689-0430 – Fax
Vogelr@jacksonlewis.com
DuerdenA@jacksonlewis.com

Attorneys for Defendant
LAIDLAW TRANSIT SERVICES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES CROUCH,<br><br>　　　　Plaintiff,<br>vs.<br>LAIDLAW TRANSIT SERVICES, INC., and DOES 1 through 30, inclusive,<br><br>　　　　Defendants. | Case No.: C 07-01957 TEH/BZ<br><br>[Judge: Hon. Thelton E. Henderson]<br><br>**STIPULATED REQUEST TO VACATE THE EARLY NEUTRAL EVALUATION CONFERENCE AND [PROPOSED] ORDER THEREON** |

　　　　IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff JAMES CROUCH ("Plaintiff") and Defendant LAIDLAW TRANSIT SERVICES, INC. ("Defendant") (collectively referred to as the "Parties"), through their undersigned counsel, as follows:

　　　　1.　　At the Parties' request, Magistrate Zimmerman has continued the Settlement Conference to December 7, 2007 by an Order dated August 27, 2007; and

　　　　2.　　In light of the December 7, 2007 Settlement Conference, the Parties hereby

/ / /

/ / /

request that the Early Neutral Evaluation Conference, which has a scheduled completion date of October 21, 2007, be vacated so that they may focus their present attention on conducting necessary discovery and preparing for the upcoming Settlement Conference.

It is so stipulated.

Respectfully submitted,

DATED: August 28, 2007

JACKSON LEWIS LLP

By: _____
Robert D. Vogel
Angela M. Duerden

Attorneys for Defendant
LAIDLAW TRANSIT SERVICES, INC.

DATED: August 28, 2007

LAW OFFICES OF CANDICE CLIPNER

By: _____
Candice Clipner

Attorneys for Plaintiff
JAMES CROUCH

| USDC Case No. C 07-01957 TEH/BZ | 2 | STIPULATED REQUEST TO VACATE THE EARLY NEUTRAL EVALUATION CONFERENCE AND [PROPOSED] ORDER THEREON |
|---|---|---|

## [PROPOSED] ORDER

Based on the stipulation and joint request of the Parties and for good cause shown, IT IS ORDERED that the Early Neutral Evaluation Conference be vacated. It is so ordered.

Dated: 08/31/07  _____



THELTON E. HENDERSON
United States District Judge

## PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF LAKE**

**CASE NAME:** JAMES CROUCH V. DEFENDANT TRANSIT SERVICES, INC.

**CASE NUMBER:** C 07-01957 TEH

I am employed in the County of LOS ANGELES, State of California. I am over the age of 18 and not a party to the within action; my business address is 725 South Figueroa Street, Suite 2500, Los Angeles, California 90017-5408

On **August 30, 2007**, I served the foregoing document described as:

**STIPULATED REQUEST TO VACATE THE EARLY NEUTRAL EVALUATION CONFERENCE AND [PROPOSED] ORDER THEREON**

in this action by placing a true copy thereof in a sealed envelope addressed as follows:

| | |
|---|---|
| Candice Clipner<br>Attorney at Law<br>740 4th Street, 2nd Floor<br>Santa Rosa, CA 95404<br>Tel. (707) 569-0324<br>Fax<br>Atty for Plaintiff James Crouch | Kerry S. Schaffer<br>Law offices of Kerry S. Schaffer<br>740 4th Street, Suite 113<br>Santa Rosa, CA 95404<br>Tel. (707) 575-4875<br>Fax<br>Attys for Plaintiff James Crouch |

[ X ]  **BY MAIL**

[ X ] As follows: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

[ X ]  **FEDERAL**  I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on **August 30, 2007** at Los Angeles, California.

*Tina Ledesma*

| USDC Case No. C 07-01957 TEH/BZ | 4 | STIPULATED REQUEST TO VACATE THE EARLY NEUTRAL EVALUATION CONFERENCE AND [PROPOSED] ORDER THEREON |
|---|---|---|