UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES CROUCH, | ) |
| | ) |
| Plaintiff(s), | )   No. C07-1957 TEH (BZ) |
| | ) |
| v. | )   **ORDER RE OVERDUE PAPERS** |
| | ) |
| LAIDLAW TRANSIT SERVICES, | ) |
| INC., | ) |
| | ) |
| Defendant(s). | ) |

TO:  Plaintiff and his attorney(s)of record:

On July 27, 2007, you were ordered to lodge a Settlement Conference Statement seven days prior to the conference, which is scheduled for December 7, 2007.  Your statement was due Friday, November 30, 2007.  It was not received by chambers.

**IT IS HEREBY ORDERED** that if a statement is not lodged by the close of business tomorrow, plaintiff and his attorney(s) of record will be sanctioned $100 a day for each day's delay, beginning from the date it was originally due.

Dated: December 3, 2007

Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-REFS\REFS.07\CROUCH.SC.LATE PAPERS.wpd

1