1  Robert D. Vogel (SBN 063091)
   Angela M. Duerden (SBN 211443)
2  JACKSON LEWIS LLP
   725 S. Figueroa Street, Suite 2500
3  Los Angeles, California 90017-5408
   (213) 689-0404 - Office
4  (213) 689-0430 – Fax
   Vogelr@jacksonlewis.com
5  DuerdenA@jacksonlewis.com

6  Attorneys for Defendant
   LAIDLAW TRANSIT SERVICES, INC.
7
   Candice Clipner (SBN 215379)
8  Attorney at Law
   740 4th Street, 2nd Floor
9  Santa Rosa, CA 95404
   (707) 569-0324 -- Office
10 (707) 569-0327) -Fax
   Clipnerlaw@comcast.net
11
   Attorneys for Plaintiff JAMES CROUCH
12

13                UNITED STATES DISTRICT COURT

14                NORTHERN DISTRICT OF CALIFORNIA

15

16 | JAMES CROUCH,                          | Case No.: C 07-01957 TEH/BZ
17 |        Plaintiff,                      | [Judge: Hon. Thelton E. Henderson]
   |     vs.                                |
18 |                                        | STIPULATED DISMISSAL OF ACTION IN
19 | DEFENDANT TRANSIT SERVICES, INC., and  | ITS ENTIRETY WITH PREJUDICE;
   | DOES 1 through 30, inclusive,          | [~~PROPOSED~~] ORDER THEREON
20 |        Defendants.                     |
21

22

23      The Parties, Plaintiff JAMES CROUCH and Defendant LAIDLAW TRANSIT SERVICES,

24 INC., by and between their undersigned counsel, hereby stipulate pursuant to Rule 41(a)(1) of the

25 Federal Rules of Civil Procedure that this matter in its entirety be dismissed with

26 ///

27

28

---

USDC Case No. C 07-01957 the/BZ | 1 | STIPULATED DISMISSAL OF ACTION IN ITS ENTIRETY WITH PREJUDICE; [PROPOSED] ORDER THEREON

prejudice, each party to bear its own attorney's fees and costs.

Respectfully submitted,

DATED: January 2, 2008

JACKSON LEWIS LLP

By: _____
Robert D. Vogel
Angela M. Duerden

Attorneys for Defendant
DEFENDANT TRANSIT SERVICES, INC.

DATED: January 4, 2008

By: _____
Candice Clipner

Attorneys for Plaintiff
JAMES CROUCH

**IT IS SO ORDERED.**

Dated: 1/7, 2008

_____
THELTON E. HENDERSON
UNITED STATES DISTRICT JUDGE

| USDC Case No. C 07-01957 the/BZ | 2 | STIPULATED DISMISSAL OF ACTION IN ITS ENTIRETY WITH PREJUDICE; [PROPOSED] ORDER THEREON |